Todd Blanche
Acting Attorney General of the United States
Benjamin D. Seal
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 3 2026

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO GOPPY GARCIA,<br><br>Defendant. | 1:26-CR-2023-SAB<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g), 924(a)(8)<br>Felon in Possession of a<br>Firearm<br><br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about October 23, 2025, in the Eastern District of Washington, the Defendant, LEONARDO GOPPY GARCIA, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: an SCCY CPX-2, 9mm pistol bearing serial number C340244, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, LEONARDO GOPPY GARCIA, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- an SCCY CPX-2, 9mm pistol bearing serial number C340244 and loaded ammunition.

DATED this 13th day of May 2026.

A TRUE BILL

_____
Foreperson

Todd Blanche
Acting Attorney General

_____
Alison L. Gregoire
Criminal Chief

_____
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 2